UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ x
FIRST AMERICAN TITLE INSURANCE : Case No. 2:19-cv-13422
COMPANY, :
 :
                Plaintiff, :
 : **STIPULATION OF DISMISSAL**
   -against- :
 :
BANK OF AMERICA, N.A., successor-by-merger : *(Document Electronically Filed)*
to BAC HOME LOANS SERVICING, LP f/k/a :
COUNTRYWIDE HOME LOANS SERVICING, :
LP, successor-by-assignment to MLD : **SO ORDERED.**
MORTGAGE INC. d/b/a THE MONEY STORE, :
 :
                Defendant. :
 :
------------------------------------------------------------ x   Hon. Esther Salas, U.S.D.J.
                                                                         Dated: June 20, 2023

This matter having been amicably adjusted by the parties, it is hereby stipulated and agreed by and between Plaintiff First American Title Insurance Company and Defendant Bank of America, N.A., successor-by-merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, successor-by-assignment to MLD MORTGAGE INC. d/b/a THE MONEY STORE that this case is dismissed in its entirety, with prejudice, as to all claims, counterclaims and defenses that were alleged, or that could have been alleged. Such relief is being granted without admissions, and without costs to any of the parties.

SILLS CUMMIS & GROSS, P.C.           HOUSER LLP

By: *s/ Jaimee Katz Sussner*                 By: _____
    Jaimee Katz Sussner, Esq.                        Kathleen M. Massimo, Esq.
    One Riverfront Plaza                            60 East 42nd Street, Suite 2330
    Newark, New Jersey 07102                    New York, New York 10165

*Attorneys for Plaintiff*
*First American Title Insurance Company*    *Attorneys for Defendant Bank of America, N.A., successor-by-merger to BAC HOME LOANS SERVICING, LP f/k/a*